## MAY 17, 1985

No. 84–1266.   G. HEILEMAN BREWING CO., INC., ET AL. *v.* FOLDING CARTON ADMINISTRATION COMMITTEE ET AL.   C. A. 7th Cir.   Certiorari dismissed under this Court's Rule 53.

## MAY 20, 1985

No. 84–1454.   MISSISSIPPI POWER & LIGHT CO. *v.* CONERLY ET AL.   Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.   JUSTICE BLACKMUN would dismiss for want of jurisdiction.

No. 84–1605.   JACK H. BROWN & CO. INC. *v.* NORTHWEST SIGN CO.   Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1398.   WEINBERGER, SECRETARY OF DEFENSE, ET AL. *v.* RAMIREZ DE ARELLANO ET AL.   C. A. D. C. Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals for reconsideration of its opinion and judgment in light of the Foreign Assistance and Related Programs Appropriations Act for fiscal year 1985, Pub. L. 98–473, 98 Stat. 1884, 1893–1894, and other events occurring since October 5, 1984.